



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed October 27, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT COURT FOR THE WESTERN PLAN, | CASE NO. 10-13528 (CHAPTER 11 - PENDING IN THE UNITED STATES BANKRUPTCY DISTRICT OF OKLAHOMA) |
| DEBTOR. | |
| FRED WESTFALL, et al, | |
| *Plaintiffs*, | |
| v. | ADVERSARY NO. 10-03158-BJH |
| THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, et al, | |
| *Defendants*. | |

**ORDER TRANSFERRING WESTFALL ADVERSARY CASE TO U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

ORDER TRANSFERRING ADVERSARY PROCEEDING                                     PAGE 1

The Court, after obtaining the parties' announcements regarding the Debtor's Motion to Transfer Venue, ORDERS as follows:

All claims and causes of action raised in this case, Adversary No. 10-03158-BJH, other than the Lewis claims that have been severed by prior Order, are hereby transferred to the United States Bankruptcy Court for the Western District of Oklahoma Case No. 10-13528, subject to and without prejudice to Plaintiffs' Motion to Remand and Motions to Abstain.

### End of Order ###

Order prepared and submitted by:

Peter Franklin
State Bar No. 07378000
Doug Skierski
State Bar No. 24008046
Erin K. Lovall
State Bar No. 24032553
FRANKLIN SKIERSKI LOVALL HAYWARD, LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: 972-755-7100
Facsimile: 972-755-7110

*Counsel for Debtor in Possession*
*Millennium Multiple Employer Welfare Benefit Plan*

-and-

John L. Malesovas
TX State Bar No. 12857300
**Malesovas Law Firm**
816 Congress Avenue, Suite 1265
Austin, Texas 78701
Telephone: (512) 708-1777
Facsimile: (512) 708-1779
E-mail: john@malesovas.com

Anthony L. Vitullo
TX State Bar No. 20595500

<u>**ORDER TRANSFERRING ADVERSARY PROCEEDING**</u>                                    **PAGE 2**

Laura Richards Sherry
TX State Bar No. 24056203
**FEE, SMITH, SHARP & VITULLO, L.L.P.**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 934-9100
Telecopier: (972) 934-9200
E-mail:lvitullo@feesmith.com
       lsherry@feesmith.com

*Counsel for Plaintiffs*