# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
## Adversary Proceeding #: 10-03158-bjh

*Assigned to:* Barbara J. Houser
*Lead BK Case:* 88-88888
*Lead BK Title:* TXNB INTERNAL CASE
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 06/09/10
*Date Removed From State:*
06/09/10

*Nature[s] of Suit:* 01 Determination of removed claim or cause

## Plaintiff
-----------------------

**Fred Westfall**

represented by **John L. Malesovas**
Malesovas Law Firm
816 Congress Avenue, Suite 1265
Austin, TX 78701
(512) 708-1777
Fax : (512) 708-1779
Email: john@malesovas.com

**Larry E. Kelly**
Beard Kultgen Brophy Bostwick
Dickson
5400 Bosque Blvd., Ste. 301
Waco, TX 76710
(254) 776-5500
Fax : (254) 776-3591
Email: kelly@thetexasfirm.com
*LEAD ATTORNEY*

**Timothy Westfall**

represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Patricia Westfall Gonzales**

represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Westfall Constructors**

represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Dennis Scheumann**

represented by **John L. Malesovas**

(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Sylvia Scheumann**                    represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Mid-States Tool & Machine, Inc.**     represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Edward Wade**                         represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Edward C. Wade, MD PA**               represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Marvin Mobley**                       represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Linda Dianne Mobley**                 represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Aberty Corporation**                  represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)

**Kathy Pietro**                        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Robert Martinelli**                   represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**M & P Development LLP**    represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Carl Franklin**         represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Edith Franklin**        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**International Falcon Associates**  represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Jordan Worth**        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Midtown Physicians LLP**    represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Michael Goldberg**      represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Edward Parelhoff**      represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Eye Consultants of Northern
Virginia, PC**        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Ronald Anderson**      represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**

(See above for address)
*LEAD ATTORNEY*

**Deborah Anderson**                    represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Supplier Link Services, Inc.**        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Greg Lewis**                          represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Karen Lewis**                         represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Lewco Integrated Technical
Services, Inc.**                        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Paul Janoush**                        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Lucy Janoush**                        represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Joe Janoush**                         represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Dorothy Janoush**                     represented by **John L. Malesovas**
(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**John Janoush**                        represented by **John L. Malesovas**

(See above for address)

**Larry E. Kelly**
(See above for address)
*LEAD ATTORNEY*

**Beverly Janoush**                 represented by **John L. Malesovas**
                                     (See above for address)

                                     **Larry E. Kelly**
                                     (See above for address)
                                     *LEAD ATTORNEY*

**Jantran, Inc.**                   represented by **John L. Malesovas**
                                     (See above for address)

                                     **Larry E. Kelly**
                                     (See above for address)
                                     *LEAD ATTORNEY*

**Tim Johnston**                    represented by **John L. Malesovas**
                                     (See above for address)

                                     **Larry E. Kelly**
                                     (See above for address)
                                     *LEAD ATTORNEY*

**Lucy Johnston**                   represented by **John L. Malesovas**
                                     (See above for address)

                                     **Larry E. Kelly**
                                     (See above for address)
                                     *LEAD ATTORNEY*

**Chapter II, Inc.**                represented by **John L. Malesovas**
                                     (See above for address)

                                     **Larry E. Kelly**
                                     (See above for address)
                                     *LEAD ATTORNEY*


V.

**Defendant**
-----------------------

**Norman Bevan**                    represented by **Matthew G. Pletcher**
                                     Beirne, Maynard & Parsons, L.L.P.
                                     1300 Post Oak Boulevard, Suite
                                     2500
                                     Houston, TX 77056
                                     (713) 960-7325
                                     Fax : (713) 960-1527
                                     Email: mpletcher@bmpllp.com

**Jonathan Cocks**                  represented by **Jonathan Cocks**
3205 Walker Drive                    PRO SE
Richardson, TX 75082

**Raymond Wicker**                  represented by **Raymond Wicker**
                                     PRO SE


**Scott Ridge**                     represented by **D. Craig Brinker**

Henslee Fowler Hepworth &
Schwartz, LLP
6688 N. Central Expwy., Suite 850
Dallas, TX 75206
(214) 219-8833
Fax : (214) 219-8866
Email:
cbrinker@hensleeschwartz.com

**Jennifer OHara Calvin**
Henslee Schwartz
6688 N. Central Expwy., Ste. 850
Dallas, TX 75206
(214) 219-8833
Fax : (214) 219-8866
Email:
jcalvin@hensleeschwartz.com

**LaToyia Watkins Pierce**
Henslee Schwartz, LLP
6688 N. Central Expwy., Ste. 850
Dallas, TX 75206
(214) 239-7920
Fax : (214) 219-8866
Email:
lpierce@hensleeschwartz.com

**Ridge Insurance, Inc.**          represented by **D. Craig Brinker**
(See above for address)

**Jennifer OHara Calvin**
(See above for address)

**LaToyia Watkins Pierce**
(See above for address)

**American General Life Insurance**    represented by **Jo Christine Reed**
**Company**                             Sonnenschein Nath & Rosenthal
LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
Fax : (212) 768-6800
Email: jcreed@sonnenschein.com

**Karen C. Corallo**
Sonnenschein Nath & Rosenthal
LLP
2000 McKinney Avenue, Ste. 1900
Dallas, TX 75201-1858
214-259-0900
Fax : 214-259-0910
Email: kcorallo@sonnenschein.com

**Lee E. Bains, Jr.**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35208-2618

205-254-1022
Fax : 205-714-6322
*LEAD ATTORNEY*

**Regan Strickland Beatty**
Crowe & Dunlevy PC
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
(405) 235-7738
Fax : (405) 272-5925
Email:
regan.beatty@crowedunlevy.com

**Robert B. Millner**
Sonnenschein Nath & Rosenthal,
LLP
8000 Sears Tower
233 South Wacker Dr., Ste 7800
Chicago, IL 60606
312-876-8000
Fax : 312-876-7934
*LEAD ATTORNEY*

**Stephen C. Jackson**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
205-254-1037
Fax : 205-254-1999
*LEAD ATTORNEY*

**William H. Hoch, III**
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
(405) 239-6692
Fax : (405) 272-5240
Email:
will.hoch@crowedunlevy.com

**Millennium Multiple Employer
Welfare Benefit Plan**

represented by **Doug D. Skierski**
Franklin Skierski Lovall Hayward
LLP
10501 N. Central Expwy, Suite 106
Dallas, TX 75231
(972) 755-7100
Fax : (972) 755-7110
Email: dskierski@fslhlaw.com

**Erin K. Lovall**
Franklin Skierski Lovall Hayward
LLP
10501 N. Central Expressway, Suite
106
Dallas, TX 75231
(972) 755-7100
Fax : (972) 755-7110

Email: elovall@fslhlaw.com

**Millennium Marketing Group LLC**     represented by **Matthew G. Pletcher**
(See above for address)

**Innovus Financial Solutions, Inc.**     represented by **Matthew G. Pletcher**
(See above for address)

**SecurePlan Administrators, LLC**     represented by **SecurePlan Administrators, LLC**
PRO SE

**Republic Bank & Trust**     represented by **Fred Albert Leibrock**
Phillips Murrah P.C.
101 N. Robinson Avenue, Suite 1300
Oklahoma City, OK 73102
(405) 235-4100
Fax : (405) 235-4133
Email: faleibrock@phillipsmurrah.com

**John Duvall**     represented by **John Duvall**
PRO SE

**Milliman, Inc.**     represented by **Colin R. Batchelor**
Sedgwick Detert Moran & Arnold, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
(469) 227-8200
Fax : (469) 227-8004
Email: colin.batchelor@sdma.com

**R. Timothy Muth**
REinhart, Boerner, Van Deuren, SC
1000 North Water St., Ste. 1700
Milwaukee, WI 53202
414-298-1000
Fax : 414-298-8297
*LEAD ATTORNEY*

**Jeffrey Dubose**     represented by **Jeffrey Dubose**
PRO SE

**Mark Strefner**     represented by **Mark Strefner**
PRO SE

**John Straley**     represented by **John Straley**
PRO SE

**Infinity Wealth Management**     represented by **Infinity Wealth Management**
PRO SE

**James Palumbo**     represented by **James Palumbo**
PRO SE

**One Source Financial Services**                    represented by **One Source Financial Services**
                                                                    PRO SE


**Jeffrey White**                                    represented by **Glenn Russell LeMay**
                                                                    Gordon & Rees, LLP
                                                                    1900 West Loop South, Suite 1000
                                                                    Houston, TX 77027
                                                                    (713) 961-3366
                                                                    Fax : (713) 961-3938
                                                                    Email: glemay@gordonrees.com
                                                                    *LEAD ATTORNEY*

                                                                    **Robert Alan Bragalone**
                                                                    Gordon & Rees, LLP
                                                                    2100 Ross Avenue
                                                                    Suite 2800
                                                                    Dallas, TX 75201
                                                                    (214) 231-4660
                                                                    Fax : (214) 461-4053
                                                                    Email: bbragalone@gordonrees.com

**White Financial Group LLC**                        represented by **Glenn Russell LeMay**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

                                                                    **Robert Alan Bragalone**
                                                                    (See above for address)

**Christopher Lubbers**                              represented by **Christopher Lubbers**
                                                                    PRO SE


**Heartland Financial Advisors**                     represented by **Heartland Financial Advisors**
**Group**                                                           **Group**
                                                                    PRO SE


**Ben Sartin**                                       represented by **Ben Sartin**
                                                                    PRO SE


**Timothy ORourke**                                  represented by **Timothy ORourke**
                                                                    PRO SE


**Larry Cress**                                      represented by **Larry Cress**
                                                                    PRO SE


**David Esman**                                      represented by **David Esman**
                                                                    PRO SE


**Glenn Arons**                                      represented by **Glenn Arons**
                                                                    PRO SE


**Guardian Life Insurance**                          represented by **Karan Cummings Ciotti**
**Company**                                                         Ogden Gibson Broocks Longoria &
*TERMINATED: 08/13/2010*                                            Hall LLP
                                                                    711 Louisiana Street

|  |  | 1900 Pennzoil South Tower |
|---|---|---|
|  |  | Houston, TX 77002 |
|  |  | (713) 844-3040 |
|  |  | Fax : (713) 844-3030 |
|  |  | Email: kciotti@ogblh.com |

**D-A Financial Services** represented by **Bryon L. Romine**
Kessler & Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, TX 75201-2717
(214) 379-0722
Fax : (214) 373-4714
Email: blr@kesslercollins.com

**Gary Samuel Kessler**
Kessler & Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, TX 75201
(214) 379-0722
Fax : (214) 373-4714
Email: gsk@kesslercollins.com

**Theodore Zouzounis** represented by **Bryon L. Romine**
(See above for address)

**Gary Samuel Kessler**
(See above for address)

**NFP Insurance Services of California, Inc.** represented by **Bryon L. Romine**
(See above for address)

**Gary Samuel Kessler**
(See above for address)

**Michael Ward** represented by **Michael Ward**
PRO SE

**American General Securities, Inc.** represented by **Jo Christine Reed**
(See above for address)

**Karen C. Corallo**
(See above for address)
*LEAD ATTORNEY*

**Lee E. Bains, Jr.**
(See above for address)
*LEAD ATTORNEY*

**Regan Strickland Beatty**
(See above for address)

**Robert B. Millner**
(See above for address)
*LEAD ATTORNEY*

**Stephen C. Jackson**
(See above for address)
*LEAD ATTORNEY*

**William H. Hoch, III**
(See above for address)

**Tony Fakouri** represented by **Foster Reese**

Helms & Greene, LLC
1700 Pacific, Ste 1000
Dallas, TX 75201
469-893-1870
Fax : 469-893-1876
*LEAD ATTORNEY*

**Penn Mutual Life Insurance Company**     represented by **Amy B. Boyea**
Edison, McDowell and
Hetherington, LLP
2000 East Lamar Blvd., Ste. 600
Arlington, TX 76006
(817) 303-2140
Fax : (713) 337-8849
Email: amy.boyea@emhllp.com

**David T. McDowell**
Edison, McDowell and
Hetherington, LLP
3200 Southwest Freeway, Suite 2920
Houston, TX 77027
(713) 337-5582
Fax : (713) 337-8842
Email:
david.mcdowell@emhllp.com
*LEAD ATTORNEY*

**Jeffrey Senglaub**     represented by **Timothy E. Headley**
Cozen OConnor, P.C.
1717 Main Street, Suite 2300
Dallas, TX 75201
214-462-3000
Fax : 214-462-3299
*LEAD ATTORNEY*

**Senglaub Financial Group**     represented by **Timothy E. Headley**
(See above for address)
*LEAD ATTORNEY*

**Donald Jay Trudeau**     represented by **Donald Jay Trudeau**
PRO SE

**Gary Lee Clark**     represented by **Gary Lee Clark**
PRO SE

**Edward Eugene Leisher**     represented by **Edward Eugene Leisher**
PRO SE

**Joe Denson**     represented by **Joe Denson**
PRO SE

| Filing Date | Docket Text |
| --- | --- |

| | |
|---|---|
| 06/09/2010 | 1 Adversary case 10-03158. Complaint by Fred Westfall, Timothy Westfall, Patricia Westfall Gonzales, Westfall Constructors, Dennis Scheumann, Sylvia Scheumann, Mid-States Tool & Machine, Inc., Edward Wade, Edward C. Wade, MD PA, Marvin Mobley, Linda Dianne Mobley, Aberty Corporation, Kathy Pietro, Robert Martinelli, M&P Development LLP, Carl Franklin, Edith Franklin, International Falcon Associates, Jordan Worth, Midtown Physicians LLP, Michael Goldberg, Edward Parelhoff, Eye Consultants of Northern Virginia, PC, Ronald Anderson, Deborah Anderson, Supplier Link Services, Inc., Greg Lewis, Karen Lewis, Lewco Integrated Technical Services, Inc., Paul Janoush, Lucy Janoush, Joe Janoush, Dorothy Janoush, John Janoush, Beverly Janoush, Jantran, Inc., Tim Johnston, Lucy Johnston, Chapter II, Inc. against Norman Bevan, Jonathan Cocks, Raymond Wicker, Scott Ridge, Ridge Insurance, Inc., American General Life Insurance Company, Millennium Multiple Employer Welfare Benefit Plan, Millennium Marketing Group LLC, Innovus Financial Solutions, Inc., SecurePlan Administrators, LLC, Republic Bank & Trust, John Duvall, Milliman, Inc., Jeffrey Dubose, Mark Strefner, John Straley, Infinity Wealth Management, James Palumbo, One Source Financial Services, Jeffrey White, White Financial Group LLC, Christopher Lubbers, Heartland Financial Advisors Group, Ben Sartin, Timothy O'Rourke, Larry Cress, David Esman, Glenn Arons, Guardian Life Insurance Company of America, D/A Financial Services, Theodore Zouzounis, NFP Insurance Services of California, Inc., Michael Ward, American General Securities, Inc., Tony Fakouri, Penn Mutual Life Insurance Company, Jeffrey Senglaub, Senglaub Financial Group, Donald Jay Trudeau, Gary Lee Clark, Edward Eugene Leisher, Joe Denson. Fee Amount $250. Nature(s) of suit: 01 (Determination of removed claim or cause). (Skierski, Doug) |
| 06/09/2010 | 2 Support/supplemental document filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 1 Complaint). (Attachments: # 1 Docket# 2 Exhibit A1# 3 Exhibit A2# 4 Exhibit A3# 5 Exhibit A4# 6 Exhibit A5# 7 Exhibit A6# 8 Exhibit A7# 9 Exhibit A8# 10 Exhibit A9# 11 Exhibit A10# 12 Exhibit A11# 13 Exhibit A12# 14 Exhibit A13# 15 Exhibit A14# 16 Exhibit A15# 17 Exhibit A16# 18 Exhibit A17# 19 Exhibit A18# 20 Exhibit A19# (21) Exhibit A20# 22 Exhibit A21) (Skierski, Doug) |
| 06/09/2010 | Receipt of filing fee for Complaint(10-03158-bjh) [cmp,cmp] ( 250.00). Receipt number 12002798, amount $ 250.00. (U.S. Treasury) |
| | 3 Notice of hearing filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 1 Complaint filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Karen Lewis, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff |

| | |
|---|---|
| 06/10/2010 | Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc., 2 Support/supplemental document filed by Defendant Millennium Multiple Employer Welfare Benefit Plan). Status Conference to be held on 7/6/2010 at 02:30 PM at Dallas Judge Houser Ctrm. (Skierski, Doug) |
| 06/10/2010 | 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (Skierski, Doug) |
| 06/14/2010 | 5 Notice of Appearance and Request for Notice by Joseph A. Friedman filed by Interested Parties Aviva USA Corp., Aviva Life and Annuity Company fka Indianapolis Life Insurance Company, an Iowa Insurance corporation. (Friedman, Joseph) |
| 06/16/2010 | 6 Notice of Appearance and Request for Notice by William H. Hoch III filed by Defendant American General Life Insurance Company. (Hoch, William) |
| 06/16/2010 | 7 Notice of Appearance and Request for Notice by Regan Strickland Beatty filed by Defendant American General Life Insurance Company. (Beatty, Regan) |
| 06/16/2010 | 8 Notice of Appearance and Request for Notice by Jo Christine Reed filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Reed, Jo) |
| 06/17/2010 | 9 Notice of Appearance and Request for Notice *AMENDED* by Regan Strickland Beatty, William H. Hoch III filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Hoch, William) |
| 06/17/2010 | 10 Joinder in and consent to Notice of Removal filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 1 Removal. ). (Reed, Jo) Modified to correct link on 6/18/2010 (Abell, S). MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| | 11 Joinder by defendants in debtor Millennium Multiple Employer Welfare Benefit Plan's Motion to Transfer Venue of Removed Case to Court Administering Debtor's Chapter 11 Bankruptcy Case filed by |

| | |
|---|---|
| 06/17/2010 | Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. ). (Reed, Jo) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/17/2010 | 12 Notice of hearing filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan). Hearing to be held on 7/21/2010 at 01:15 PM Dallas Judge Houser Ctrm for 4 , (Attachments: # 1 Service List)(Skierski, Doug) |
| 06/22/2010 | 13 Joinder by Milliman, Inc. in debtor Millennium Multiple Employer Welfare Benefit Plan's Motion to Transfer Venue of Removed Case to Court Administering Debtor's Chapter 11 Bankruptcy Case filed by Defendant Milliman, Inc. (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. ). (Attachments: # 1 Exhibit Exhibit A - Motion to Transfer Venue) (Batchelor, Colin) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/22/2010 | 14 Joinder in and consent to Notice of Removal filed by Defendant Milliman, Inc. (RE: related document(s) 1 Complaint). (Attachments: # 1 Exhibit Exhibit A - Notive of Removal) (Batchelor, Colin) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/23/2010 | 15 Notice of Appearance and Request for Notice *John L. Malesovas on behalf of* by John L. Malesovas filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, M & P Development LLP, Robert Martinelli, Mid-States Tool & Machine, Inc., Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Dennis Scheumann, Sylvia Scheumann, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth. (Malesovas, John) |
| 06/23/2010 | 16 Motion to appear pro hac vice for Robert B. Millner. Fee Amount $25 filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Reed, Jo) |
| 06/23/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12065928, amount $ 25.00. (U.S. Treasury) |
| | 17 Motion for remand and Brief in Support filed by Plaintiffs Greg Lewis et al. (Attachments: # 1 Exhibit 2010-04-14 Order on Pltfs' |

| | |
|---|---|
| 06/23/2010 | Consolidated Traditional and No Evidence Mtn for Partial Summary Judgment# 2 Exhibit Judge Ginsberg's Order# 3 Exhibit Rule 11 re subpoenas & cancel Hrg on MTQ-11-3-09# 4 Proposed Order Proposed Order) (Malesovas, John) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/23/2010 | 18 Motion to appear pro hac vice for Lee E. Bains, Jr.. Fee Amount $25 filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Reed, Jo) |
| 06/23/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12066013, amount $25.00. (U.S. Treasury) |
| 06/23/2010 | 19 Notice of Appearance and Request for Notice by D. Craig Brinker Filed by Defendants Scott Ridge, Ridge Insurance, Inc.. (Brinker, D.) |
| 06/23/2010 | 20 Motion for remand and Brief in Support filed by Plaintiffs Aberty Corporation et al, (Attachments: # 1 Exhibit Scheduling Order# 2 Exhibit PLR# 3 Exhibit Franklin# 4 Exhibit Franklin# 5 Exhibit Millennium Plan Financial# 6 Exhibit Young Part 1# 7 Exhibit Young Part 2# 8 Exhibit Young Part 3# 9 Exhibit Young Part 4# 10 Exhibit Westfall Part 1# 11 Exhibit Westfall Part 2# 12 Exhibit Depositions# 13 Exhibit Young Discovery Chart Part 1# 14 Exhibit Young Discovery Chart Part 2# 15 Exhibit Westfall Discovery Chart# 16 Exhibit Production Ranges# 17 Exhibit Judge Molberg's Order# 18 Exhibit Judge Fitzwater's Order# 19 Volume(s) Proposed Order) (Malesovas, John) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/23/2010 | 21 Notice of Appearance and Request for Notice by Karen C. Corallo filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Reed, Jo) MODIFIED TEXT on 8/10/2010 (Brown, D.). |
| 06/23/2010 | 26 Response opposed to (related document(s): 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan) filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Midtown Physicians LLP, Marvin Mobley, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth. (Attachments: # 1 Exhibit Exhibit Summary Sheet) (Malesovas, John) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| | |

| | |
|---|---|
| 06/23/2010 | 27 Response opposed to (related document(s): 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan) filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann. (Attachments: # 1 Exhibit Exhibit Summary Sheet) (Malesovas, John) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| 06/23/2010 | 28 Motion to clarify scope of removal filed by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janoush , Dorothy Janoush , Joe Janoush , John Janoush , Lucy Janoush , Paul Janoush , Jantran, Inc. , Lucy Johnston , Tim Johnston , M & P Development LLP , Robert Martinelli , Midtown Physicians LLP , Linda Dianne Mobley , Marvin Mobley , Edward Parelhoff , Kathy Pietro , Supplier Link Services, Inc. , Edward Wade , Fred Westfall , Timothy Westfall , Westfall Constructors , Patricia Westfall Gonzales , Jordan Worth . (RE: related document(s) 1 Adversary case 10-03158. ) (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| 06/23/2010 | 29 Motion to Abstain filed by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janoush , Dorothy Janoush , Joe Janoush , John Janoush , Lucy Janoush , Paul Janoush , Jantran, Inc. , Lucy Johnston , Tim Johnston , M & P Development LLP , Robert Martinelli , Midtown Physicians LLP , Linda Dianne Mobley , Marvin Mobley , Edward Parelhoff , Kathy Pietro , Supplier Link Services, Inc. , Edward Wade , Fred Westfall , Timothy Westfall , Westfall Constructors , Patricia Westfall Gonzales , Jordan Worth . (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| 06/23/2010 | 30 Motion to clarify removal filed by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann . (RE: related document(s) 1 Adversary case 10-03158) (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| 06/23/2010 | 31 Motion to Abstain filed by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann . (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.). (Entered: 06/24/2010) |
| 06/24/2010 | 24 Amended Motion to appear pro hac vice for Lee E. Bains, Jr.. (related document: 18 ) Filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Reed, Jo) |

| | |
|---|---|
| 06/24/2010 | 25 Motion to appear pro hac vice for Stephen C. Jackson. Fee Amount $25 Filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Reed, Jo) |
| 06/24/2010 | 32 Amended Notice of Removal filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 1 Adversary case 01-03157 Complaint filed by Connie Stauffer-Embras et al.) (Skierski, Doug) MODIFIED To Create Linkage on 8/13/2010 (Brown, D.). |
| 06/24/2010 | 33 Joinder in and consent to Notice of Removal filed by Defendant Penn Mutual Life Insurance Company (RE: related document(s) 1 Complaint). (Attachments: # 1 Exhibit Exhibit A) (Boyea, Amy) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/25/2010 | 34 Joinder filed by Defendant Penn Mutual Life Insurance Company (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. ). (Attachments: # 1 Exhibit A) (Boyea, Amy) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/25/2010 | 37 Joinder in and consent to Removal filed by Defendants Scott Ridge, Ridge Insurance, Inc. (RE: related document(s) 1 Complaint). (Pierce, LaToyia) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/25/2010 | 38 Motion to appear pro hac vice for Thomas A. Labuda, Jr.. Fee Amount $25 Filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Reed, Jo) |
| 06/25/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12077308, amount $25.00. (U.S. Treasury) |
| 06/25/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12077308, amount $25.00. (U.S. Treasury) |
| 06/25/2010 | 39 Affidavit by Daniel Pina *of Service* filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 8 Notice of appearance). (Reed, Jo) |
| 06/25/2010 | 40 Affidavit by Daniel Pina *of Service* filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 10 Joinder, 11 Joinder). (Reed, Jo) |
| 06/25/2010 | 41 Affidavit by Daniel Pina *of Service* filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 16 Motion to appear pro hac vice for Robert B. Millner. Fee Amount $25, 18 Motion to appear pro hac vice for Lee E. Bains, Jr.. Fee Amount $25, 21 Notice of appearance). (Reed, Jo) |

| | |
|---|---|
| 06/28/2010 | 42 Joinder in and consent to amended Notice of Removal iled by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 32 Notice (generic)). (Reed, Jo) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 06/28/2010 | 44 Notice of Appearance and Request for Notice by David T. McDowell filed by Defendant Penn Mutual Life Insurance Company . (Zisk, B) (Entered: 06/29/2010) |
| 06/28/2010 | 45 Notice of Appearance and Request for Notice by Amy B. Boyea filed by Defendant Penn Mutual Life Insurance Company . (Zisk, B) (Entered: 06/29/2010) |
| 06/29/2010 | 43 Order granting motion to appear pro hac vice adding Robert B. Millner for United States Life Insurance Company in the City of New York; American General Life Insurance Company and American General Securities, Inc. (related document # 16 ) Entered on 6/29/2010. (Simpson, B) |
| 06/29/2010 | 46 Notice of Appearance and Request for Notice by Fred Albert Leibrock filed by Defendant Republic Bank & Trust. (Leibrock, Fred) |
| 06/29/2010 | 47 Motion for leave *to Appear Without Local Counsel* Filed by Defendant Republic Bank & Trust Objections due by 7/20/2010. (Attachments: # 1 Proposed Order Granting Leave to Appear Without Local Counsel) (Leibrock, Fred) |
| 06/29/2010 | 48 Motion for expedited hearing(related documents 17 Motion for remand), (related documents 31 Motion to abstain) filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann (Attachments: # 1 Proposed Order Proposed Order) (Malesovas, John) MODIFIED To Create Additional Linkage on 8/10/2010 (Brown, D.). |
| 06/30/2010 | 49 Notice of Appearance and Request for Notice by Gary Samuel Kessler filed by Defendants D-A Financial Services, NFP Insurance Services of California, Inc., Theodore Zouzounis. (Kessler, Gary) |
| 06/30/2010 | 50 Notice of Appearance and Request for Notice by Bryon L. Romine filed by Defendants D-A Financial Services, NFP Insurance Services of California, Inc., Theodore Zouzounis. (Romine, Bryon) |
| 06/30/2010 | 51 Notice *of Motion for Leave to Appear Without Local Counsel* filed by Defendant Republic Bank & Trust (RE: related document(s) 47 Motion for leave *to Appear Without Local Counsel* Filed by Defendant Republic Bank & Trust Objections due by 7/20/2010.). (Leibrock, Fred) |
| | 52 Response opposed to (related document(s): 48 Motion for |

| | |
|---|---|
| 06/30/2010 | expedited hearing(related documents <u>17</u> Motion for remand, (realted document(s): <u>31</u> Motion to abstain) filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.) filed by Defendant Millennium Multiple Employer Welfare Benefit Plan. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Service List) (Skierski, Doug) MODIFIED TEXT on 8/10/2010 (Brown, D.). |
| 07/01/2010 | <u>53</u> Order granting motion to appear pro hac vice adding Lee E. Bains for United States Life Insurance Company in the City of New York; American General Life Insurance Company and American General Securities, Inc. (related document # <u>24</u> ) Entered on 7/1/2010. (Simpson, B) |
| 07/01/2010 | <u>54</u> Order granting motion to appear pro hac vice adding Stephen C. Jackson for American General Life Insurance Company and American General Securities, Inc. (related document # <u>25</u> ) Entered on 7/1/2010. (Simpson, B) MODIFIED To Delete Party not Included in Application on 7/6/2010 (Zisk, B). |
| 07/01/2010 | <u>55</u> Brief in support filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) <u>4</u> Motion to transfer case to the Western District of Oklahoma division. ). (Attachments: # <u>1</u> Exhibits) (Reed, Jo) MODIFIED to Remove Filing Party not Listed on Pleading on 7/6/2010 (Zisk, B). |
| 07/01/2010 | <u>56</u> Objection to (related document(s): <u>48</u> Motion for expedited hearing (related documents <u>17</u> Motion for remand) filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.) filed by Defendants American General Life Insurance Company, American General Securities, Inc. (Attachments: # <u>1</u> Exhibits) (Reed, Jo) MODIFIED To Remove Filing Party not Listed on Pleading on 7/6/2010 (Zisk, B). MODIFIED TEXT on 8/10/2010 (Brown, D.). |
| 07/01/2010 | <u>57</u> Joinder in and consent to Amended Notice of Removal filed by Defendant Milliman, Inc. (RE: related document(s) <u>32</u> Notice (generic)). (Attachments: # <u>1</u> Exhibit A - Amended Notice of Removal) (Batchelor, Colin) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 07/01/2010 | <u>58</u> Joinder to Debtor's Response to Motion for Expedited Hearing on Plaintiffs Scheumann and Lewis's Motion to Remand and Motion to Abstain to Abstain filed by Defendant Milliman, Inc. (RE: related document(s) <u>52</u> Response). (Attachments: # <u>1</u> Exhibit A - Debtor's Response to Motion for Expedited Hearing) (Batchelor, Colin) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| | |

| | |
|---|---|
| 07/01/2010 | 59 Reply to (related document(s): 52 Response filed by Defendant Millennium Multiple Employer Welfare Benefit Plan) *to Motion for Expedited Hearing* filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann. (Attachments: # 1 Exhibit Ex 1 - Amer Gen Life Ins Mtn Sever, MTV, OA & RFD# 2 Exhibit Ex 2 - Master Plan# 3 Exhibit Ex 3 - Letters from State Departments of Insurance) (Malesovas, John) |
| 07/01/2010 | 60 Motion to appear pro hac vice for Larry E. Kelly. Fee Amount $25 filed by Plaintiffs (Kelly, Larry) MODIFIED To Add Parties on 7/6/2010 (Zisk, B). |
| 07/01/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12107117, amount $25.00. (U.S. Treasury) |
| 07/01/2010 | 61 Motion to appear pro hac vice for R. Timothy Muth. Fee Amount $25 filed by Defendant Milliman, Inc. (Batchelor, Colin) MODIFIED To Correct Attorney Name on 7/6/2010 (Zisk, B). |
| 07/01/2010 | Receipt of filing fee for Motion to Appear pro hac vice(10-03158-bjh) [motion,mprohac] ( 25.00). Receipt number 12107282, amount $25.00. (U.S. Treasury) |
| 07/01/2010 | 62 Response opposed to (related document(s): 28 Motion to Clarify Scope) (related document(s): 29 Motion to Abstain) (related document (s): 20 Motion to Remand) (related document(s): 26 Response) by Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janou filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.) filed by Defendants Scott Ridge, Ridge Insurance, Inc.. (Pierce, LaToyia) MODIFIED To Create Additional Linkage on 8/10/2010 (Brown, D.). |
| | 63 BNC certificate of mailing - PDF document. (RE: related document(s) 43 Order granting motion to appear pro hac vice adding |

| | |
|---|---|
| 07/01/2010 | Robert B. Millner for United States Life Insurance Company in the City of New York; American General Life Insurance Company and American General Securities, Inc. (related document # 16 ) Entered on 6/29/2010.) No. of Notices: 2. Service Date 07/01/2010. (Admin.) |
| 07/02/2010 | 66 Joinder in and consent to Amended Notice of Removal filed by Defendant Penn Mutual Life Insurance Company (RE: related document(s) 32 Notice (generic)). (Attachments: # 1 Exhibit A) (Boyea, Amy) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 07/02/2010 | 67 Notice *Scott Ridge and Ridge Insurance, Inc.'s Corporate Disclosure Statement* filed by Defendants Scott Ridge, Ridge Insurance, Inc.. (Calvin, Jennifer) |
| 07/02/2010 | 68 Joinder in and consent to amended notice of removal filed by Defendants Jeffrey White , White Financial Group LLC (RE: related document(s) 1 Complaint, 32 Amended Notice of Removal). (Rielly, Bill) |
| 07/02/2010 | 74 Notice of Appearance and Request for Notice by Foster Reese filed by Defendant Anthony Fakouri . (Simpson, B) Modified Text on 7/7/2010 (Simpson, B). (Entered: 07/07/2010) |
| 07/03/2010 | 69 BNC certificate of mailing - PDF document. (RE: related document(s) 53 Order granting motion to appear pro hac vice adding Lee E. Bains for United States Life Insurance Company in the City of New York; American General Life Insurance Company and American General Securities, Inc. (related document # 24 ) Entered on 7/1/2010.) No. of Notices: 2. Service Date 07/03/2010. (Admin.) |
| 07/03/2010 | 70 BNC certificate of mailing - PDF document. (RE: related document(s) 54 Order granting motion to appear pro hac vice adding Stephen C. Jackson for United States Life Insurance Company in the City of New York; American General Life Insurance Company and American General Securities, Inc. (related document # 25 ) Entered on 7/1/2010.) No. of Notices: 2. Service Date 07/03/2010. (Admin.) |
| 07/06/2010 | 71 Order granting motion to appear pro hac vice adding R. Timothy Muth for Milliman, Inc. (related document # 61 ) Entered on 7/6/2010. (Simpson, B) |
| | 72 Order granting motion to appear pro hac vice adding Larry E. Kelly for Ronald Anderson; Chapter II, Inc.; Edward C. Wade, MD PA; Carl Franklin; Edith Franklin; Michael Goldberg; International Falcon Associates; Beverly Janoush; Dorothy Janoush; Joe Janoush; John Janoush; Lucy Janoush; Paul Janoush; Jantran, Inc.; Lucy Johnston; Tim Johnston; Lewco Integrated Technical Services, Inc.; Greg Lewis; Karen Lewis; M & P Development LLP; Robert Martinelli; Mid-States Tool & Machine, Inc.; Midtown Physicians LLP; Linda Dianne Mobley; Marvin Mobley; Edward Parelhoff; Kathy |

| | |
|---|---|
| 07/06/2010 | Pietro; Dennis Scheumann; Sylvia Scheumann; Supplier Link Services, Inc.; Edward Wade; Fred Westfall; Timothy Westfall; Westfall Constructors; Patricia Westfall Gonzales; Jordan Worth; Aberty Corporation and Deborah Anderson (related document # 60 ) Entered on 7/6/2010. (Simpson, B) |
| 07/06/2010 | 73 Notice *Corporate Ownership Statement of Milliman, Inc.* filed by Defendant Milliman, Inc.. (Batchelor, Colin) |
| 07/06/2010 | STATUS CONFERENCE Hearing held on 7/6/2010. (RE: related document(s) 1 Adversary case 10-03158. Complaint by Fred Westfall et al.) Nature(s) of suit: 01 (Determination of removed claim or cause).) (Status conference held; all pending motions to remand/abstain and transfer reset to 8/16/2010 @ 9:00 a.m.; responses on motions to remand/abstain and transfer due 7/15/2010; replies due 7/30/2010.) (Whittington, Nicole) MODIFIED TEXT on 8/11/2010 (Brown, D.). (Entered: 07/15/2010) |
| 07/07/2010 | 75 DOCKET ERROR - INCORRECT EVENT. Supplemental Motion for remand filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Malesovas, John) Modified on 7/9/2010 (Ward, J). |
| 07/07/2010 | 79 Supplemental document filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis (RE: related document(s) 17 Motion for remand). (Ward, J) (Entered: 07/09/2010) |
| 07/08/2010 | 76 Affidavit by Daniel Pina of Service of Papers filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 24 Amended Motion to appear pro hac vice for Lee E. Bains, Jr.. (related document: 18 ), 25 Motion to appear pro hac vice for Stephen C. Jackson. Fee Amount $25, 38 Motion to appear pro hac vice for Thomas A. Labuda, Jr.. Fee Amount $25, 42 Joinder, 55 Brief, 56 Objection). (Reed, Jo) |
| 07/08/2010 | 77 BNC certificate of mailing - PDF document. (RE: related document(s) 71 Order granting motion to appear pro hac vice adding R. Timothy Muth for Milliman, Inc. (related document # 61 ) Entered on 7/6/2010.) No. of Notices: 2. Service Date 07/08/2010. (Admin.) |
| | 78 BNC certificate of mailing - PDF document. (RE: related document(s) 72 Order granting motion to appear pro hac vice adding Larry E. Kelly for Ronald Anderson; Chapter II, Inc.; Edward C. Wade, MD PA; Carl Franklin; Edith Franklin; Michael Goldberg; International Falcon Associates; Beverly Janoush; Dorothy Janoush; Joe Janoush; John Janoush; Lucy Janoush; Paul Janoush; Jantran, Inc.; Lucy Johnston; Tim Johnston; Lewco Integrated Technical Services, Inc.; Greg Lewis; Karen Lewis; M & P Development LLP; Robert Martinelli; Mid-States Tool & Machine, Inc.; Midtown Physicians LLP; Linda Dianne Mobley; Marvin Mobley; Edward Parelhoff; Kathy |

| | |
|---|---|
| 07/08/2010 | Pietro; Dennis Scheumann; Sylvia Scheumann; Supplier Link Services, Inc.; Edward Wade; Fred Westfall; Timothy Westfall; Westfall Constructors; Patricia Westfall Gonzales; Jordan Worth; Aberty Corporation and Deborah Anderson (related document # 60 ) Entered on 7/6/2010.) No. of Notices: 2. Service Date 07/08/2010. (Admin.) |
| 07/09/2010 | 80 Notice *that Millennium Marketing Group, LLC, Innovus Financial Solutions, Inc. and Norman H. Bevan Were Dismissed Prior to Removal* filed by Defendants Norman Bevan, Innovus Financial Solutions, Inc., Millennium Marketing Group LLC. (Attachments: # 1 Exhibit A)(Pletcher, Matthew) |
| 07/13/2010 | Proposed order regarding Scheduling Order Regarding Motions to Remand and Motions to Tranfer Venue (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand*, Motion to Abstain and Response to Motion to Transfer Venue and Brief in Support* filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann, 20 Motion for remand*and/or to Abstain, and Response to Millennium's Motion to Transfer Venue, and Brief in Support* filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth, 29 Motion to Abstain filed by Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth., 31 Motion to Abstain filed by Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann.). Document uploaded on 7/13/2010 (Ref-ID: 1278423205778_1895). (Skierski, Doug) |
| 07/14/2010 | 81 Notice */Corporate Disclosure Statement* filed by Defendant American General Life Insurance Company. (Reed, Jo) |
| | 82 Notice */Corporate Disclosure Statement* filed by Defendant |

| | |
|---|---|
| 07/14/2010 | American General Securities, Inc.. (Reed, Jo) |
| 07/15/2010 | 83 Certificate Corporate Disclosure Statement filed by Defendant Penn Mutual Life Insurance Company. (Boyea, Amy) |
| 07/15/2010 | 84 Response opposed to (related document(s): 17 Motion for remand, 31 Motion to Abstain filed by Plaintiff Karen Lewis et al), (related document(s): 20 Motion for remand, 29 Motion to Abstain filed by Plaintiff Deborah Anderson et al) filed by Defendant Milliman, Inc.. (Attachments: # 1 Appendix Milliman, Inc.'s Appendix to Brief (A) in Support of Exercise of Bankruptcy Court Jurisdiction and Venue Transfer and (B) in Opposition to Remand or Abstention) (Batchelor, Colin) MODIFIED To Create Additional Linkage on 8/10/2010 (Brown, D.). |
| 07/15/2010 | 85 Response opposed to (related document(s): 79 Supplement to Motion for Remand) filed by Defendant American General Life Insurance Company, American General Securities Inc.. (Reed, Jo). MODIFIED To Correct Linkage on 8/10/2010 (Brown, D.). |
| 07/15/2010 | 86 Response opposed to (related document(s): 17 Motion for remand, 31 Motion to Abstain), (related document(s): 20 Motion to remand, 29 Motion to Abstain) filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Reed, Jo) MODIFIED To Correct and Linkage on 7/16/2010 (Brown, D.). MODIFIED To Create Additional Linkage on 8/10/2010 (Brown, D.). |
| 07/15/2010 | 87 Statement of Corporate Ownership filed. filed by Defendant White Financial Group LLC. (Bragalone, Robert) |
| 07/15/2010 | 88 Motion for joinder of Millennium Multiple Employer Welfare Benefit Plan. (RE: related document(s) 4 Motion to transfer case inter-district) filed by Defendants Jeffrey White, White Financial Group LLC (Bragalone, Robert) |
| 07/15/2010 | 89 Opposition Response opposed to (related document(s): 20 Motion for remand, 29 Motion to Abstain filed by Plaintiff Deborah Anderson et al) filed by Defendant Penn Mutual Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit CDE) (Boyea, Amy) MODIFIED To Create Additional Linkage on 8/10/2010 (Brown, D.). |
| 07/15/2010 | 90 Motion for joinder of American General Life Insurance Company and American General Securities, Inc.. (RE: related document(s) 86 Response) filed by Defendants Jeffrey White, White Financial Group LLC (Bragalone, Robert) |
| 07/15/2010 | 91 Motion for leave *to File a Brief in Excess of Page Limits* filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (Attachments: # 1 Service List) (Skierski, Doug) |

| | |
|---|---|
| 07/15/2010 | 92 Response opposed to (related document(s): 17 Motion for remand, 31 Motion to Abstain filed by Plaintiff Karen Lewis et al), (related document(s): 20 Motion for remand, 29 Motion to Abstain filed by Plaintiff Deborah Anderson et al) filed by Millennium Multiple Employer Welfare Benefit Plan. (Attachments: # 1 Exhibit A# 2 Exhibit B part 1# 3 Exhibit B part 2# 4 Exhibit B part 3# 5 Exhibit B part 4# 6 Exhibit B part 5# 7 Exhibit B part 6# 8 Exhibit C# 9 Exhibit D# 10 Exhibit E# 11 Exhibit F# 12 Exhibit G# 13 Exhibit H part 1# 14 Exhibit H part 2# 15 Exhibit H part 3# 16 Exhibit H part 4# 17 Exhibit H part 5# 18 Exhibit H part 6# 19 Exhibit I# 20 Exhibit J part 1# 21 Exhibit J part 2# 22 Exhibit J part 3# 23 Exhibit J part 4# 24 Exhibit J part 5# 25 Exhibit K# 26 Exhibit L# 27 Exhibit M# 28 Exhibit N# 29 Exhibit O# 30 Exhibit P# 31 Exhibit Q# 32 Exhibit R# 33 Exhibit S# 34 Exhibit T# 35 Exhibit U# 36 Exhibit V# 37 Exhibit W# 38 Exhibit X# 39 Exhibit Y# 40 Exhibit Z# 41 Exhibit AA# 42 Exhibit BB# 43 Exhibit CC# 44 Service List) (Skierski, Doug) MODIFIED To Correct Linkage on 8/10/2010 (Brown, D.). |
| 07/16/2010 | 93 Supplemental document Exhibit Summary filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 92 Response). (Skierski, Doug) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 07/16/2010 | 94 Affidavit by George Luis Medina filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 85 Response, 86 Response). (Reed, Jo) |
| 07/19/2010 | 95 Notice of hearing filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 4 , (Attachments: # 1 Service List)(Skierski, Doug) |
| 07/20/2010 | 96 Supplemental document filed by Defendant Penn Mutual Life Insurance Company (RE: related document(s) 89 Response). (Boyea, Amy) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 07/20/2010 | 97 Notice of hearing filed by Defendant Penn Mutual Life Insurance Company (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 34 Joinder filed by Defendant Penn Mutual Life Insurance Company). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 34 and for 4 , (Boyea, Amy) |
| | 98 Notice of hearing filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, |

| | |
|---|---|
| 07/20/2010 | Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth (RE: related document(s) 20 Motion for remand filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 20 , (Malesovas, John) |
| 07/20/2010 | 99 Notice of hearing filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis (RE: related document(s) 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 17 , (Malesovas, John) |
| 07/20/2010 | 100 Notice of hearing filed by Plaintiffs Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann (RE: related document(s) 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 17 , (Malesovas, John) |
| 07/20/2010 | 101 Motion for leave *to Amend Complaint for Purposes of Severance* Filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis Objections due by 8/10/2010. (Attachments: # 1 Exhibit A - Lewis Amended Petition) (Malesovas, John) |
| 07/20/2010 | 102 Notice of hearing filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis (RE: related document(s) 101 Motion for leave *to Amend Complaint for Purposes of Severance* Filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis Objections due by 8/10/2010.). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 101 , (Malesovas, John) |
| | 103 Reply to (related document(s): 85 Response filed by Defendant |

| | |
|---|---|
| 07/20/2010 | American General Life Insurance Company) *Objecting to Motion to Remand* filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis. (Attachments: # 1 Exhibit A - Scheduling Order) (Malesovas, John) |
| 07/21/2010 | 104 Appendix of supporting documents filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 1 Complaint). (Attachments: # 1 Exhibit 1. ADV Proceeding Cover Sheet# 2 Exhibit 2. Register of Actions# 3 Exhibit 3. Raymond Wicker's Answer and Claims# 4 Exhibit 4. Milliman, Inc.'s Answer# 5 Exhibit 5. White & White Financial's Answer# 6 Exhibit 6. Lubbers & Heartland Financial's Answer# 7 Exhibit 7. Timothy O'Rourke's Answer# 8 Exhibit 8. Sartin's Motion to Transfer Venue# 9 Exhibit 9. Larry Cress' Original Answer# 10 Exhibit 10. David Esman's Original Answer# 11 Exhibit 11. Theodore Zouzouni's Special Appearance# 12 Exhibit 12. Penn Mutual's Answer# 13 Exhibit 13. Joe Denson'ss Special Appearace and Objection to Jurisdiction# 14 Exhibit 14. Tony Fakouri's First Amended Answer# 15 Exhibit 15. Glen Aaron's Amended Special Appearance# 16 Exhibit 16. Plaintiffs' Eigth Amended Petition# 17 Exhibit 17. Plan & Jon Cock's Answer to Seventh Petition# 18 Exhibit 18. American General's Amended Answer to Seventh and Eigth Amended Petitions# 19 Exhibit 19. Ridge's Answer to Seventh Amended Petition# 20 Exhibit 20. Penn Mutual's Cross-claims Against Plan and Republic Bank# 21 Exhibit 21. Plan's Original Answer to American General Cross-claims# 22 Exhibit 22. Plan's Answer to Penn Mutual's Cross-claims# 23 Exhibit 23. Republic Bank & SecurePlan Administrators' Answer to Plaintiffs' Eigth Amended Petition) (Lovall, Erin) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| | 105 Scheduling Order regarding Motions to Remand and Motions to Transfer Venue, and Order setting deadlines and setting hearing. Entered on 7/21/2010 (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 20 Motion for remand filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, |
| 07/21/2010 | |

| | |
|---|---|
| 07/21/2010 | Inc.). Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 20 and for 17 and for 4 , (Zisk, B) |
| 07/21/2010 | 106 Hearing set (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division filed by Defendant Millennium Multiple Employer Welfare Benefit Plan) Hearing to be held on 8/16/2010 at 09:00 AM Dallas Judge Houser Ctrm for 4 , (Peters, D.) (Entered: 07/22/2010) |
| 07/23/2010 | 107 Notice of Appearance and Request for Notice by Timothy E. Headley filed by Defendants Jeffrey Senglaub , Senglaub Financial Group . (Zisk, B) |
| 07/23/2010 | 108 Joinder In American General Life Insurance Company and American General Securities Inc.'s Objection and Response to Plaintiffs' Motions to Remand and/or Abstain filed by Defendants D-A Financial Services, NFP Insurance Services of California, Inc., Theodore Zouzounis (RE: related document(s) 86 Response). (Kessler, Gary) MODIFIED text on 7/26/2010 (Sauer, K.). |
| 07/23/2010 | 109 Statement of Corporate Ownership filed. filed by Defendant D-A Financial Services. (Kessler, Gary) |
| 07/23/2010 | 110 Statement of Corporate Ownership filed. Corporate parents added to case: National Financial Partners Corp.. filed by Defendant NFP Insurance Services of California, Inc.. (Kessler, Gary) |
| | 111 BNC certificate of mailing - PDF document. (RE: related document(s) 105 Scheduling Order regarding Motions to Remand and Motions to Transfer Venue, and Order setting deadlines and setting hearing. Entered on 7/21/2010 (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 20 Motion for remand filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.). Hearing to be held on 8/16/2010 at |

| | |
|---|---|
| 07/23/2010 | 09:00 AM Dallas Judge Houser Ctrm for 20 and for 17 and for 4 ,) No. of Notices: 6. Service Date 07/23/2010. (Admin.) |
| 07/27/2010 | 112 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 31 Generic motion, 84 Response, 85 Response, 86 Response, 89 Response, 92 Response)*Joint Motion to Continue Response Deadlines and Hearings* Filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (Attachments: # 1 Exhibit A# 2 Service List) (Skierski, Doug) |
| 07/28/2010 | Proposed order regarding Motion to Continue Response Deadlines and Hearings (RE: related document(s) 112 Motion to continue hearing on). Document uploaded on 7/28/2010 (Ref-ID: 1279495512738_2721). (Skierski, Doug) |
| 07/30/2010 | 113 Response opposed to (related document(s): 101 Motion for leave *to Amend Complaint for Purposes of Severance* filed by Plaintiff Karen Lewis, Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.) filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Reed, Jo) |
| 07/30/2010 | 114 Stipulation by Millennium Multiple Employer Welfare Benefit Plan and Plaintiffs. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 17 Motion for remand and 31 Motion to abstain by Greg Lewis et al, 20 Motion for remand and 29 Motion to abstain by Aberty Corporation et al). (Skierski, Doug) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 07/30/2010 | 115 Reply to (related document(s): 84 Response filed by Defendant Milliman, Inc., 86 Response filed by Defendant American General Life Insurance Company, Defendant American General Securities, Inc., 89 Response filed by Defendant Penn Mutual Life Insurance Company, 92 Response filed by Defendant Millennium Multiple Employer Welfare Benefit Plan) *Consolidated Reply Brief in Support of Their Motions to Remand and/or Abstain* filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales. (Malesovas, John) |
| | 116 Reply to (related document(s): 26 Response filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff |

| | |
|---|---|
| 08/04/2010 | Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Aberty Corporation, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.) filed by Defendant Penn Mutual Life Insurance Company. (Boyea, Amy) |
| 08/05/2010 | Proposed order regarding Motion for Leave to Appear Without Local Counsel (RE: related document(s) 47 Motion for leave *to Appear Without Local Counsel* Filed by Defendant Republic Bank & Trust Objections due by 7/20/2010.). Document uploaded on 8/5/2010 (Ref-ID: 1279495512738_4808). (Leibrock, Fred) |
| 08/05/2010 | 117 Amended Stipulation by Millennium Multiple Employer Welfare Benefit Plan and Westfall Plaintiffs. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 17 Motion for remand and 31 Motion to Abstain filed by Plaintiff Greg Lewis et al), (Re: related documents 20 Motion for remand and 29 Motion to Abstain filed by Plaintiff Aberty Corporation et al,). (Skierski, Doug) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| 08/05/2010 | Hearing held on 8/5/2010 (RE: related document(s) 112 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 31 Generic motion, 84 Response, 85 Response, 86 Response, 89 Response, 92 Response)Joint Motion to Continue Response Deadlines and Hearings Filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (All hearings RESET 10/4 @9 a.m. EXCEPT: Motions by Lewis Plaintiffs 1. For Remand/Abstention and 2. For Leave to Amend & Sever set for 8/16 @9 - NOT reset) (Salcido, V) (Entered: 08/13/2010) |
| 08/06/2010 | 118 Amended Notice of hearing filed by Plaintiffs Aberty Corporation et al, (RE: related document(s) 20 Motion for remand, 28 Motion to clarify, 29 Motion to abstain). Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 20 and for 29 and for 28 , (Malesovas, John) MODIFIED TEXT on 8/11/2010 (Brown, D.). |
| | 119 Amended Notice of hearing filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann (RE: related document(s) 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 30 Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, |

| | |
|---|---|
| 08/06/2010 | Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 31 Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.). Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 31 and for 17 and for 30 , (Malesovas, John) |
| 08/10/2010 | 120 Notice of hearing filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan). Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 4 , (Attachments: # 1 Service List)(Skierski, Doug) |
| 08/10/2010 | 121 Joint Notice *of Agenda of Matters Scheduled for Hearing on August 16, 2010 at 9:00 a.m.* filed by Defendants American General Life Insurance Company, American General Securities, Inc., Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand*, Motion to Abstain and Response to Motion to Transfer Venue and Brief in Support* filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann). (Reed, Jo) |
| 08/11/2010 | 122 Joint Notice *of Agenda of Matters Scheduled for Hearing on August 16, 2010 at 9:00 a.m. Relating to the Lewis Plaintiffs Before the Honorable Barbara J. Houser in Dallas, Texas* filed by Defendants American General Life Insurance Company, American General Securities, Inc. (RE: related document(s) 4 Motion to transfer case inter-district filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand filed by Plaintiff Karen Lewis et al, 30 Generic motion filed by Plaintiff Karen Lewis et al, 31 Generic motion filed by Plaintiff Karen Lewis et al, 101 Motion for leave filed by Plaintiff Karen Lewis et al. (Reed, Jo) MODIFIED To Correct Linkage on 8/11/2010 (Brown, D.). |
| | 123 Order granting motion to continue hearing on (related document # 112 ) (related documents Motion to transfer case to the Western District of Oklahoma division. , Joinder, Motion for remand*and/or to Abstain, and Response to Millennium's Motion to Transfer Venue, and Brief in Support*, Motion by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janou, Motion by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janou, |

| | |
|---|---|
| 08/11/2010 | Motion by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann ., Motion by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann ., Joinder, Motion for joinder of Millennium Multiple Employer Welfare Benefit Plan. (RE: related document(s) 4 Motion to transfer case inter-district)) Entered on 8/11/2010. Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 13 and for 88 and for 31 and for 20 and for 30 and for 34 and for 29 and for 4 and for 28 , (Simpson, B) |
| 08/11/2010 | 124 Third Party Notice *that Guardian Dismissed with Prejudice Prior to Removal* filed by Defendant Guardian Life Insurance Company of America. (Attachments: # 1 Order Dismissing Guardian with Prejudice) (Ciotti, Karan) |
| 08/13/2010 | Proposed order regarding as to Motion to Amend Complaint and Motion for Remand (RE: related document(s) 17 Motion for remand and Brief in Support filed by Plaintiffs Greg Lewis et al.., 101 Motion for leave *to Amend Complaint for Purposes of Severance* Filed by Plaintiffs Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis Objections due by 8/10/2010.). Document uploaded on 8/13/2010 (Ref-ID: 1279495512738_6515). (Reed, Jo) |
| 08/13/2010 | 125 Order granting motion for leave without local counsel to Fred A. Leibrock on behalf of Republic Bank & Trust and SecurePlan Administrators. (related document # 47 ) Entered on 8/13/2010. (Simpson, B) |
| | 126 BNC certificate of mailing - PDF document. (RE: related document(s) 123 Order granting motion to continue hearing on (related document # 112 ) (related documents Motion to transfer case to the Western District of Oklahoma division. , Joinder, Motion for remand*and/or to Abstain, and Response to Millennium's Motion to Transfer Venue, and Brief in Support*, Motion by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janou, Motion by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janou, Motion by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann ., Motion by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann ., Joinder, Motion for joinder of Millennium Multiple Employer Welfare Benefit Plan. (RE: related document(s) 4 Motion to transfer case inter-district)) Entered on 8/11/2010. Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 13 and for 88 and for 31 and for 20 and |

| | |
|---|---|
| 08/13/2010 | for 30 and for 34 and for 29 and for 4 and for 28 ,) No. of Notices: 8. Service Date 08/13/2010. (Admin.) |
| 08/15/2010 | 127 BNC certificate of mailing - PDF document. (RE: related document(s) 125 Order granting motion for leave without local counsel to Fred A. Leibrock on behalf of Republic Bank & Trust and SecurePlan Administrators. (related document # 47 ) Entered on 8/13/2010.) No. of Notices: 1. Service Date 08/15/2010. (Admin.) |
| 08/18/2010 | 128 Agreed Order granting motion for remand and Supplement as to the Lewis Plaintiff Only (related document # 17 and 79 ), granting motion to clarify as to the Lewis Plaintiffs Only (related document # 30 ), granting motion to Abstain as to the Lewis Plaintiff Only (related document # 31 ) Entered on 8/18/2010. The Lewis Plaintiffs only : the claims and causes asserted in the Amended Petition (Exhibit to doc # [101])be and are hereby remanded to the District Court, Dallas County, D-95th Judicial District. (Simpson, B) Modified Text on 8/18/2010 (Simpson, B). |
| 08/18/2010 | 129 Agreed Order granting motion for leave to Amend Complaint for the purposes of Severance for the Lewis Plaintiff's Only (related document # 101 ) Entered on 8/18/2010. (Simpson, B) |
| 08/18/2010 | 130 Agreed Order setting hearing as to the Scheumann Plaintiffs Entered on 8/18/2010 (RE: related document(s) 17 Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 30 Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., 31 Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.). Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for 31 and for 17 and for 30 , (Simpson, B) Modified Text on 8/18/2010 (Simpson, B). |
| 08/20/2010 | 131 BNC certificate of mailing - PDF document. (RE: related document(s) 128 Agreed Order granting motion for remand and Supplement as to the Lewis Plaintiff Only (related document # 17 and 79 ), granting motion to clarify as to the Lewis Plaintiffs Only (related document # 30 ), granting motion to Abstain as to the Lewis Plaintiff Only (related document # 31 ) Entered on 8/18/2010. The Lewis Plaintiffs only : the claims and causes asserted in the Amended Petition (Exhibit to doc # [101])be and are hereby remanded to the District Court, Dallas County, D-95th Judicial District. (Simpson, B) Modified Text on 8/18/2010 (Simpson, B).) No. of Notices: 7. Service Date 08/20/2010. (Admin.) |
| | 132 BNC certificate of mailing - PDF document. (RE: related |

| | |
|---|---|
| 08/20/2010 | document(s) [129](#) Agreed Order granting motion for leave to Amend Complaint for the purposes of Severance for the Lewis Plaintiff's Only (related document # [101](#) ) Entered on 8/18/2010.) No. of Notices: 2. Service Date 08/20/2010. (Admin.) |
| 08/20/2010 | [133](#) BNC certificate of mailing - PDF document. (RE: related document(s) [130](#) Agreed Order setting hearing as to the Scheumann Plaintiffs Entered on 8/18/2010 (RE: related document(s) [17](#) Motion for remand filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., [30](#) Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc., [31](#) Generic motion filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.). Hearing to be held on 10/4/2010 at 09:00 AM Dallas Judge Houser Ctrm for [31](#) and for [17](#) and for [30](#) , (Simpson, B) Modified Text on 8/18/2010 (Simpson, B).) No. of Notices: 2. Service Date 08/20/2010. (Admin.) |
| 08/30/2010 | [134](#) Reply to (related document(s): [26](#) Response filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Aberty Corporation, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc., [27](#) Response filed by Plaintiff Karen Lewis, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Greg Lewis, Plaintiff Lewco Integrated Technical Services, Inc.) filed by Defendant Millennium Multiple Employer Welfare Benefit Plan. (Attachments: # [1](#) Service List) (Skierski, Doug) |
| 09/01/2010 | [135](#) Notice of remand of the Lewis Plaintiffs Only to the District Court, Dallas County - 95th Judicial District (Simpson, B) Modified Text on 9/1/2010 (Simpson, B). |
| | [136](#) Motion to continue hearing on (related documents [4](#) Motion to transfer case inter-district, [13](#) Joinder, [17](#) Motion for remand, [20](#) Motion for remand, [29](#) Generic motion, [30](#) Generic motion, [31](#) Generic motion, [55](#) Brief, [88](#) Motion for joinder, [116](#) Reply)*Motion for Continuance of Hearings on Motion to Transfer Venue and Motions to* |

| | |
|---|---|
| 09/28/2010 | *Remand/Abstain* filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Mid-States Tool & Machine, Inc., Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Dennis Scheumann, Sylvia Scheumann, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth (Attachments: # 1 Proposed Order Proposed Order) (Malesovas, John) |
| 09/28/2010 | 137 Witness and Exhibit List *for October 4, Hearings* filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Mid-States Tool & Machine, Inc., Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Dennis Scheumann, Sylvia Scheumann, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth (RE: related document(s) 17 Motion for remand*, Motion to Abstain and Response to Motion to Transfer Venue and Brief in Support*, 20 Motion for remand*and/or to Abstain, and Response to Millennium's Motion to Transfer Venue, and Brief in Support*, 29 Motion by Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janou, 30 Motion by Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann., 31 Motion by Lewco Integrated Technical Services, Inc., Greg Lewis, Karen Lewis, Mid-States Tool & Machine, Inc., Dennis Scheumann, Sylvia Scheumann.). (Malesovas, John) |
| | 138 Objection to (related document(s): 136 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 13 Joinder, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 30 Generic motion, 31 Generic motion, 55 Brief, 88 Motion for joinde filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff |

| | |
|---|---|
| 09/29/2010 | Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.) filed by Defendants American General Life Insurance Company, American General Securities, Inc.. (Reed, Jo) |
| 09/29/2010 | 139 Witness and Exhibit List *for Hearings on October 4, 2010* filed by Defendant Millennium Multiple Employer Welfare Benefit Plan (RE: related document(s): 4 Motion to transfer case to the Western District of Oklahoma division, 26 Response, 27 Response, 62 Response, 84 Response, 86 Response, 89 Response, 92 Response). (Attachments: # 1 Service List) (Lovall, Erin) MODIFIED To Create Additional Linkage on 9/30/2010 (Brown, D.). |
| 09/29/2010 | 140 Objection to (related document(s): 136 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 13 Joinder, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 30 Generic motion, 31 Generic motion, 55 Brief, 88 Motion for joinde filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.) filed by Defendant Penn Mutual Life Insurance Company. (Boyea, Amy) |
| 09/29/2010 | 141 Amended Objection to (related document(s): 136 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 13 Joinder, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 30 Generic motion, 31 Generic motion, 55 Brief, 88 Motion for joinde filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne |

|  |  |
|---|---|
| 09/29/2010 | Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc.) filed by Defendant Penn Mutual Life Insurance Company. (Boyea, Amy) |
| 09/30/2010 | Hearing held on 9/30/2010. (RE: related document(s) 136 Motion to continue hearing on (related documents 4 Motion to transfer case inter-district, 13 Joinder, 17 Motion for remand, 20 Motion for remand, 29 Generic motion, 30 Generic motion, 31 Generic motion, 55 Brief, 88 Motion for joinder, 116 Reply)*Motion for Continuance of Hearings on Motion to Transfer Venue and Motions to Remand/Abstain filed by Plaintiffs Aberty Corporation, Deborah Anderson, Ronald Anderson, Chapter II, Inc., Edward C. Wade, MD PA, Eye Consultants of Northern Virginia, PC, Carl Franklin, Edith Franklin, Michael Goldberg, International Falcon Associates, Beverly Janoush, Dorothy Janoush, Joe Janoush, John Janoush, Lucy Janoush, Paul Janoush, Jantran, Inc., Lucy Johnston, Tim Johnston, M & P Development LLP, Robert Martinelli, Mid-States Tool & Machine, Inc., Midtown Physicians LLP, Linda Dianne Mobley, Marvin Mobley, Edward Parelhoff, Kathy Pietro, Dennis Scheumann, Sylvia Scheumann, Supplier Link Services, Inc., Edward Wade, Fred Westfall, Timothy Westfall, Westfall Constructors, Patricia Westfall Gonzales, Jordan Worth (Attachments: # 1 Proposed Order Proposed Order) filed by Plaintiff Deborah Anderson, Plaintiff Tim Johnston, Plaintiff Fred Westfall, Plaintiff Timothy Westfall, Plaintiff Patricia Westfall Gonzales, Plaintiff Westfall Constructors, Plaintiff Dennis Scheumann, Plaintiff Sylvia Scheumann, Plaintiff Mid-States Tool & Machine, Inc., Plaintiff Edward Wade, Plaintiff Edward C. Wade, MD PA, Plaintiff Marvin Mobley, Plaintiff Linda Dianne Mobley, Plaintiff Aberty Corporation, Plaintiff Kathy Pietro, Plaintiff Robert Martinelli, Plaintiff M & P Development LLP, Plaintiff Carl Franklin, Plaintiff Edith Franklin, Plaintiff International Falcon Associates, Plaintiff Jordan Worth, Plaintiff Midtown Physicians LLP, Plaintiff Michael Goldberg, Plaintiff Edward Parelhoff, Plaintiff Eye Consultants of Northern Virginia, PC, Plaintiff Ronald Anderson, Plaintiff Supplier Link Services, Inc., Plaintiff Paul Janoush, Plaintiff Lucy Janoush, Plaintiff Joe Janoush, Plaintiff Dorothy Janoush, Plaintiff John Janoush, Plaintiff Beverly Janoush, Plaintiff Jantran, Inc., Plaintiff Lucy Johnston, Plaintiff Chapter II, Inc. (CONTINUANCE GRANTED BY AGREEMENT. ORDER TO BE SUBMITTED. STATUS CONFERENCE TO BE HELD MON 10/4 @1:15 P.M. ON FORM OF ORDER IF DISPUTES ARISE)) (Salcido, V) (Entered: 10/05/2010)* |
|  | Proposed order regarding Order on Motion to Continue Hearing (RE: related document(s) 136 Motion to continue hearing on). Document |

| | |
|---|---|
| 10/04/2010 | uploaded on 10/4/2010 (Ref-ID: 1285945299921_621). (Skierski, Doug) |
| 10/04/2010 |     Hearing held on 10/4/2010. (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan, 17 Motion for remand and Brief in Support filed by Plaintiffs Greg Lewis et al. 20 Motion for remand and Brief in Support filed by Plaintiffs Aberty Corporation et al, 28 Motion to clarify scope of removal filed by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janoush , Dorothy Janoush , Joe Janoush , John Janoush , Lucy Janoush , Paul Janoush , Jantran, Inc. , Lucy Johnston , Tim Johnston , M & P Development LLP , Robert Martinelli , Midtown Physicians LLP , Linda Dianne Mobley , Marvin Mobley , Edward Parelhoff , Kathy Pietro , Supplier Link Services, Inc. , Edward Wade , Fred Westfall , Timothy Westfall , Westfall Constructors , Patricia Westfall Gonzales , Jordan Worth . (RE: related document(s) 1 Adversary case 10-03158. ) 29 Motion to Abstain filed by Aberty Corporation , Deborah Anderson , Ronald Anderson , Chapter II, Inc. , Edward C. Wade, MD PA , Eye Consultants of Northern Virginia, PC , Carl Franklin , Edith Franklin , Michael Goldberg , International Falcon Associates , Beverly Janoush , Dorothy Janoush , Joe Janoush , John Janoush , Lucy Janoush , Paul Janoush , Jantran, Inc. , Lucy Johnston , Tim Johnston , M & P Development LLP , Robert Martinelli , Midtown Physicians LLP , Linda Dianne Mobley , Marvin Mobley , Edward Parelhoff , Kathy Pietro , Supplier Link Services, Inc. , Edward Wade , Fred Westfall , Timothy Westfall , Westfall Constructors , Patricia Westfall Gonzales , Jordan Worth . (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.)., 30 Motion to clarify removal filed by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann . (RE: related document(s) 1 Adversary case 10-03158) (Ward, J) MODIFIED To Correct File Date on 8/10/2010 (Brown, D.)., 31 Motion to Abstain filed by Lewco Integrated Technical Services, Inc. , Greg Lewis , Karen Lewis , Mid-States Tool & Machine, Inc. , Dennis Scheumann , Sylvia Scheumann . (AGREED ORDER TO BE SUBMITTED RESOLVING ALL MOTIONS) (Salcido, V) (Entered: 10/08/2010) |
| 10/05/2010 | 142 Order Regarding Continuance. All hearings in this matter set for October 4, 2010 are continued. Other conditions per Order. (related document # 136 ) Entered on 10/5/2010. (Zisk, B) |
| 10/07/2010 | 143 BNC certificate of mailing - PDF document. (RE: related document(s) 142 Order Regarding Continuance. All hearings in this matter set for October 4, 2010 are continued. Other conditions per Order. (related document # 136 ) Entered on 10/5/2010.) No. of Notices: 1. Service Date 10/07/2010. (Admin.) (Entered: 10/08/2010) |

| | |
|---|---|
| 10/25/2010 | Proposed order regarding Order Transferring Westfall Adversary Case to U.S. Bankruptcy Court for the Western District of Oklahoma *Order Transferring Westfall Adversary Case to the U.S. Bankruptcy Court for the Western District of Oklahoma* (RE: related document(s) 4 Motion to transfer case to the Western District of Oklahoma division. filed by Defendant Millennium Multiple Employer Welfare Benefit Plan). Document uploaded on 10/25/2010 (Ref-ID: 1287494708017_1847). (Vitullo, Anthony) |
| 10/26/2010 | 144 Notice *of Designation of Lead Counsel* filed by Defendants Jeffrey White, White Financial Group LLC. (LeMay, Glenn) |
| 10/27/2010 | 145 Order granting motion to transfer case out of district to the Western District of Oklahoma. (related document # 4 ) Entered on 10/27/2010. (Simpson, B) |
| 10/29/2010 | 146 BNC certificate of mailing - PDF document. (RE: related document(s) 145 Order granting motion to transfer case out of district to the Western District of Oklahoma. (related document # 4 ) Entered on 10/27/2010.) No. of Notices: 8. Service Date 10/29/2010. (Admin.) |
| 11/12/2010 | 147 Letter Re: Transfer of Case from the court (RE: related document (s) 145 Order granting motion to transfer case out of district to the U S Bankruptcy Court for the Western District of Oklahoma. (related document # 4 ) Entered on 10/27/2010.) (Simpson, B) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2010 09:13:00 | | | |
| **PACER Login:** | ow0167 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 10-03158-bjh Fil or Ent: filed From: 1/1/2010 To: 11/18/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 27 | **Cost:** | 2.16 |