UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-13528 |
| | § | |
| MILLENNIUM MULTIPLE | § | (CHAPTER 11 – PENDING IN THE |
| EMPLOYER WELFARE BENEFIT | § | UNITED STATES BANKRUPTCY |
| PLAN, | § | COURT FOR THE WESTERN |
| | § | DISTRICT OF OKLAHOMA) |
| DEBTOR. | § | |
| | § | |
| | | |
| FRED WESTFALL, ET. AL. | § | ADVERSAY CASE NO. 10-03158-bjh |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | |
| | § | |
| MILLENNIUM MULTIPLE | § | |
| EMPLOYER WELFARE BENEFIT | § | |
| PLAN, ET. AL. | § | |
| | § | |
| DEFENDANTS. | § | |

FILED
JUL 0 2 2010
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that Foster Reese and the law firm Helms & Greene, LLC hereby enter an appearance as counsel of record in the above-captioned case for Anthony Fakouri and hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Foster Reese
Helms & Greene, LLC
1700 Pacific Avenue, Suite 1000
Dallas, Texas 75201
(469) 893-1870 (telephone)
(469) 893-1870 (facsimile)
freese@helmsgreene.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Anthony Fakouri.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleadings, claim or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Anthony Fakouri is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Anthony Fakouri expressly reserved.

Respectfully submitted,

HELMS & GREENE, LLC

*Foster Reese w/permission*

By: Foster Reese
State Bar No. 16715300
1700 Pacific, Suite 1000
Dallas, Texas 75201
Telephone:   (469) 893-1876
Facsimile:    (469) 893-1876
freese@helmsgreene.com

*ATTORNEYS FOR DEFENDANT*
*ANTHONY FAKOURI*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded via regular mail to the following on this 2nd day of July, 2010:

*Foster Reese (w/permission)*
**FOSTER REESE**

| | |
|---|---|
| Mr. John Malesovas<br>Malesovas law Firm<br>816 Congress, Suite 1265<br>Austin, TX 78701 | Mr. D Craig Brinker<br>Henslee Schwarts, LLP<br>6688 North Central Expressway, Suite 850<br>Dallas, TX 75206 |
| Mr. Gregg S. Weinberg<br>Roberts Markel PC<br>2800 Post Oak boulevard, 57th Floor<br>Houston, TX 77056 | Ms. Sarah B. Davis<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Avenue, Suite 4400<br>Dallas, TX 75201 |
| Mr. James W. Bowen<br>Hunton & Williams, LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | Mr. Matthew G. Pletcher<br>Beirne Maynard & Parsons, LLP<br>1300 Live Oak Blvd. Suite 2500<br>Houston, TX 77056 |

Mr. Juston R. Givens
Phillips Murrah, PC
101 N. Robinson Avenue, 13th Floor
Oklahoma City, OK 73102

Mr. Fred A. Leibrock
Phillips Murrah, PC
Corporate Tower, 13th Floor
101 N. Robinson
Oklahoma City, OK 73102

Mr. Stephen C. Jackson
Mr. Lee Bains, Jr.
Maynard cooper & Gale, PC
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

Mr. Gary S. Kessler
Kessler & Collins
2100 Ross Avenue, Suite 750
Dallas, TX 75201

Mr. Glenn LeMay
Gordon & Rees, LLP
1900 West Loop South, Suite 1000
Houston, TX 77027

Mr. Anthony L. Vitullo
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240

Ms. Katy S. Kamen
Mr. Ted Scallet
Groom Law Group
1701 Pennsylvania Ave., N.W.
Washington, DC 20006

Mr. Lawrence T. Bowman
Cozen O'Conner
1717 Main Street
2300 Comerica Tower
Dallas, TX 75201

Mr. Timothy Headley
Cozen O'Conner
1717 Main Street
2300 Comerica Tower
Dallas, TX 75201

Ms. Karan C. Ciotti
Ogden, Gibson, Brooks, Longoria & Hall, LLP
1900 Pennzoil South Tower
711 Louisiana Street
Houston, TX 77002

Mr. Jason K. Fagelman
Fulbright & Jaworski
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Mr. Dale Ossip Johnson
The Johnson Firm
P.O. Box 427
Cedar Park, TX 78630

Mr. Joe Sibley
Camara & Sibley, LLP
2339 University Blvd.
Houston, TX 77005

Ms. Allison J. Maynard
Wilson Elser Moskowitz Edelman & Dicker, LLP
901 Main Street, Suite 4800
Dallas, Texas 75202

Mr. Arthur V. Pearson
Murphy Pearson Bradley & Feeney
88 Kearney Street, 10th Floor
San Francisco, CA 94708

Mr. Martin S. Schexnayder
Wilson Elser Moskowitz Edelman & Dicker, LLP
901 Main Street, Suite 4800
Dallas, Texas 75202

Mr. Nelson Skyler
Brown Sims, PC
1177 West Loop South, tenth Floor
Houston, TX 77027

Mr. J. Michael Weston
Bennet Weston Lajone & Turner PC
1750 Valley View Lane, Suite 120
Dallas, TX 75234

Mr. William H. Hoch
Mr. Reagan Strickland Beatty
Crowe & Dunlevy
20 North Broadway, Suite 1800
Oklahoma City, Ok 72102

Mr. Timothy Muth
Reinhart Boerner Van Deuren SC
1000 N. Water Street, Suite 2100
Milwaukee WI 53201

Mr. Byron L. Romine
Kessler & Collins
2100 Ross Avenue, Suite 750
Dallas, TX 75201

Mr. Colin R. Batchelor
Sedgwick, Detert, Moran & Arnold, LLP
1717 Main Street, Suite 5400
Dallas, TX 75201

Mr. L. Boyd Smith
Sedgwick, Detert, Moran & Arnold, LLP
111 Bagby Street, Suite 2300
Houston, TX 77002

Mr. Peter Franklin
Mr. Doug Skierski
Franklin, Skierski, Lovall, Hayward, LLP
10501 N. Central Expressway, Suite 106
Dallas, TX 75231

Mr. Robert Millner
Mr. Thomas A. Labuda, Jr.
Mr. Christopher D. Soper
Sonnenschein Nath & Rosenthal, LLP
233 S. Wacker Dr., Suite 7800
Chicago, Il. 60606-6404

Ms. Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089