IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, <br><br> DEBTOR. <br><br> FRED WESTFALL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, et al., <br><br> Defendants. | CASE NO. 10-13528 <br> CHAPTER 11 <br><br><br><br><br><br><br><br> ADVERSARY NO. 10-01175 |

**PLAINTIFFS' UNOPPOSED MOTION FOR ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS AND PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF CONSPIRACY CLAIM**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs respectfully ask the Court for an Order granting voluntary dismissal of Plaintiffs' claims against Defendant The Millennium Multiple Employee Welfare Benefit Plan. This Defendant does not oppose Plaintiffs' request for dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(2) Plaintiffs further ask this Court for an Order voluntarily dismissing Plaintiffs' Cause of Action for Conspiracy against all defendants.

Even though this is a voluntary dismissal, under Rule 41 the dismissal can only be accomplished by order of this Court because certain defendants have already filed Answers in this action.

        Respectfully submitted,

        */s/ Anthony L. Vitullo*
        Anthony L. Vitullo
        State Bar No. 20595500
        FEE, SMITH, SHARP & VITULLO, LLP
        Three Galleria Tower
        13155 Noel Road, Suite 1000
        Dallas, Texas 75240
        (972) 934-9100 Telephone
        (972) 934-9200 Facsimile
        lvitullo@feesmith.com

        John L. Malesovas
        State Bar No. 12857300
        MALESOVAS LAW FIRM
        816 Congress Avenue, Suite 1265
        Austin, Texas 78701
        (512) 708-1777 Telephone
        (512) 708-1779 Facsimile
        john@malesovas.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. Bankruptcy Court, Western District of Oklahoma, using the electronic case filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice was electronically mailed to the following parties:

Regan Strickland Beatty on behalf of Defendant American General Life Insurance Company
beattyr@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

Lawrence T Bowman on behalf of Defendant Senglaub Financial Group
lbowman@cozen.com

Brandee L Bruening on behalf of Defendant American General Life Insurance Company
brandee.bruening@crowedunlevy.com,
ecf@crowedunlevy.com;jody.moore@crowedunlevy.com

David A. Cheek on behalf of Defendant Senglaub Financial Group
dcheek@cheekfalcone.com, bzerbe@cheekfalcone.com;cf@thefalcones.com

Timothy E. Headley on behalf of Defendant Senglaub Financial Group
theadley@cozen.com

John B. Heatly on behalf of Defendant Penn Mutual Life Insurance Company
jheatly@fellerssnider.com, sshahan@fellerssnider.com;mbellar@fellerssnider.com

G. Rudy Hiersche on behalf of Defendant Ridge Insurance, Inc.
rudy@hlfokc.com, robin@hlfokc.com

William H. Hoch on behalf of Defendant American General Life Insurance Company
hochw@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

Gary Kessler on behalf of Defendant D-A Financial Services
jw@kesslercollins.com

Fred A. Leibrock on behalf of Defendant Republic Bank & Trust
faleibrock@phillipsmurrah.com, knogle@phillipsmurrah.com;ecf@phillipsmurrah.com

Erin K Lovall on behalf of Defendant Millennium Multiple Employer Welfare Benefit Plan
elovall@fslhlaw.com, pfranklin@fslhlaw.com;dskierski@fslhlaw.com;mholmes@fslhlaw.com

John L. Malesovas on behalf of Plaintiff Aberty Corporation
john@malesovas.com, marisela@malesovas.com

Robert B Millner on behalf of Defendant American General Life Insurance Company
robert.millner@snrdenton.com

Foster Reese on behalf of Defendant Tony Fakouri
freese@helmsgreene.com, agallaway@helmsgreene.com;jbreaud@helmsgreene.com

Bryon L. Romine on behalf of Defendant D-A Financial Services
blr@kesslercollins.com

G. Blaine Schwabe on behalf of Defendant Millennium Multiple Employer Welfare Benefit Plan
gschwabe@mswerb.com, swilliams@mswerb.com

     Additionally, a true and correct copy of the foregoing pleading was sent to the following parties in this proceeding by first class mail.

Glenn Arons
14710 Pettit Way
Rockville, MD 20854-6015

Lee E. Bains
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Amy Boyea
2000 East Lamar Blvd., Ste 600
Arlington, TX 76006

Robert Alan Bragalone
2100 Ross Avenue, Suite 2800
Dallas, TX 75201

Craig Brinker
Jennifer O'Hara Calvin
6688 N. Central Expressway, Ste 850
Dallas, TX 75206

Karan Cummings Ciotti
Ogden Gibson Broocks Longoria & Hall
711 Louisiana St
1900 Pennzoil South Tower
Houston, TX 77002

Gary Lee Clark
13415 Vista Bonita
San Antonio, TX 78216

Jonathan Cocks
3205 Walker Drive
Richardson, TX 75082

Karen C. Corallo
2000 McKinney Avenue, Ste 1900
Dallas, TX 75201

Larry Cress
1030 Regional Park Drive
Houston, TX 77060

Joe Denson
703 W. Sunflower Rd.
Cleveland, MS 38732

Jeffrey Dubose
702 Starcrest
New Braunfels, TX 78130

Jeffrey Dubose
593 Lakeview Boulevard
New Braunfels, TX 78130

John Duvall
17 Bendwood Street
Sugarland, TX 77478

John P. Duvall
1431 Bayshore Drive
Kemah, TX 77565

David Esman
10127 Crestwater Circle
Magnolia, TX 77354

Timothy E. Headley
1717 Main Street, Suite 2300
Dallas, TX 75201

Heartland Financial Advisors Group
1603 Crawford
Parsons, KS 67357

Infinity Wealth Management
27 W. 430 Warrenville Road
Warrenville, IL 60555

Stephen C Jackson
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Larry E. Kelly
5400 Bosque Blvd., Ste 301
Waco, TX 76710

Gary Kessler
2100 Ross Avenue, Suite 750
Dallas, TX 75201

Glenn Russell LeMay
1900 West Loop South, Suite 1000
Houston, TX 77027

Edward Eugene Leisher
6500 Rock Springs Dr., Suite 450
Bethesda, MD 20817

Christopher Lubbers
1603 Crawford
Parson, KS 67357

David McDowell
3200 Southwest Freeway, Suite 2920
Houston, TX 77027

R. Timothy Muth
1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Timothy ORourke
2425 West Loop South, Suite 525
Houston, TX 77027

One Source Financial Services
5800 Padre Blvd., Suite 210
South Padre Island, TX 78597

James Palumbo
5800 Padre Blvd., Suite 210
South Padre Island, TX 78597

LaToyia Watkins Pierce
6688 N. Central Expressway, Ste 850
Dallas, TX 75206

Matthew G. Pletcher
1300 Post Oak Boulevard, Ste 2500
Houston, TX 77056

Jo Christine Reed
1221 Avenue of the Americas
New York, NY 10020

Foster Reese
1700 Pacific, Ste 1000
Dallas, TX 75201

Bryon L. Romine
2100 Ross Avenue, Suite 750
Dallas, TX 75201

Ben Sartin
9100 IH-10 West, Suite 205
San Antonio, TX 78230

SecurePlan Administrators, LLC
401 W. Main Street
Norman, OK 73069

Doug Skierski
10501 N Central Expressway, Suite 106
Dallas, TX 75231

John Straley
33 W. Higgins Road, Suite 5000
South Barrington, IL 60010

Mark Strefner
33 W. Higgins Road, Suite 5000
South Barrington, IL 60010

Donald Jay Trudeau
2187 Atlantic Street
Stamford, CT 06902

Michael Ward
2680 Bishop Drive, Suite 204
Sam Ramon, CA 94583

Raymond Wicker
10011 W. Gulf Bank, Suite A
Houston, TX 77040

/s/ Anthony L. Vitullo
**ANTHONY L. VITULLO**